# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## BAY CITY DIVISION

| | | |
|---|---|---|
| TEMPIE M. BUFORD, | ) | |
| | ) | |
| Plaintiff, | ) | Case No: 1:26-cv-10509-MFL-PTM |
| v. | ) | |
| | ) | Honorable Matthew F. Leitman |
| FIRST CONTACT LLC, | ) | |
| | ) | Magistrate Judge Patricia T. Morris |
| Defendant. | ) | |
| | ) | |

## ORDER EXTENDING TIME FOR DEFENDANT FIRST CONTACT LLC TO RESPOND TO PLAINTIFF'S COMPLAINT

Before the Court is the Unopposed Motion for Extension of Time to Respond to Plaintiff's Complaint filed by Defendant First Contact LLC. After reviewing the Motion, the Court finds that it should be and is hereby **GRANTED**.

Accordingly, it is **ORDERED** that Defendant First Contact LLC's deadline to respond to Plaintiff's Complaint is extended to April 17, 2026.

**IT IS SO ORDERED.**

s/Matthew F. Leitman
MATTHEW F. LEITMAN
UNITED STATES DISTRICT JUDGE

Dated:  March 20, 2026